IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SPENCER BOYER,<br>    Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA,<br>    Defendant. | )<br>)<br>)<br>)   Case No. 4:22-cv-00279-FJG<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate to the dismissal with prejudice of all claims asserted in this action against Defendant. The parties further stipulate that Plaintiff and Defendant shall bear their own attorney's fees and cost.

Respectfully submitted,

STINSON LLP

By:   /s/ William E. Hanna
       William E. Hanna, # 39556
       Christopher J. Leopold, # 51407
       1201 Walnut, Suite 2900
       Kansas City, MO   64106
       816.842.8600 / 816.691.3495 [F]
       william.hanna@stinson.com
       chris.leopold@stinson.com

Attorneys for Defendant

JOHNS, MITCHELL, DUNCAN & LOWE, LLC

By: /s/ James C. Johns
James C. Johns, #29711
102 West Jefferson
P. O. Box 309
Clinton, MO 64735
660.885.6161 / 660.885.5411 [F]
johns@jmdllaw.com

Attorney for Plaintiff